*Page 1 of 3*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE MACIA,
    Plaintiff,

vs.          3:06cv185/RV/MD

UNITED STATES MARSHAL'S
SERVICE,
    Defendant.

## O R D E R

This case filed pursuant to the Federal Tort Claims Act was transferred to this court from the District Court for the District of Columbia. Because neither the initial partial filing fee nor any subsequent payments were reflected on the docket sheet, the court entered an order to show cause with respect to the payments. Plaintiff responded providing proof that payments had been made.[1] Therefore, the defendant shall now be required to respond.

Accordingly, it is ORDERED:

1. The clerk shall provide a copy of this order to the United States Attorney for this district, who shall review the subject matter of the complaint in order to:

    a. Ascertain the facts and circumstances surrounding the complaint;

    b. Consider whether any action should be taken directly by the defendant to resolve the issues raised in the complaint; and

---

[1] The court has also verified that in the transferring court such payments are not routinely reflected on the docket sheet as they are in this court.

   c. Determine whether other, similar complaints, whether pending in this court or elsewhere, should be considered together.

 2.  Within 30 days, defendant shall respond to the complaint by filing a Special Report with the court, and a copy thereof to plaintiff, containing the following:

   a. Sworn statements of all persons having knowledge and relevant information regarding the subject matter of the complaint. (Authorization is hereby granted to interview all witnesses to the events of the complaint, including the plaintiff.)

   b.  Copies of any written reports prepared as a result of investigation of the inmate's allegations.

   c. All defenses, including immunity defenses.  If not listed, such defenses may be considered waived.

   d. Where applicable, copies of relevant administrative rules, regulations or guidelines.

The defendant is advised that, at some time in the future upon notice of the court, the special report may be deemed a motion for summary judgment.  Therefore, the special report shall include any other Rule 56 materials that the defendant wishes the court to consider.

 3.  No answer, motion to dismiss on grounds other than exhaustion, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the court.  If any such pleading or motion is sent to the court, the clerk shall not file or otherwise treat the pleading as a motion until or unless the court so orders.

 4.  Plaintiff shall not file a reply to defendant's special report until ordered to do so by the court.

 5. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to the plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If the plaintiff wishes to consent, he should sign the form and then forward it to counsel for the defendant who shall sign and return it to the clerk, if the defendant wishes to so consent.

*Case No: 3:06cv185/RV/MD*

*Page 3 of 3*

6. Henceforth, the plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  The address for the Office of the United States Attorney for this district is: 21 East Garden Street, Pensacola FL 32502.  The plaintiff shall include with every original paper to be filed with the clerk of the court a certificate stating the date a correct copy of the paper was mailed to the defendant's attorney.  Any paper so submitted for filing that does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

DONE AND ORDERED this 19th day of May, 2006.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**