IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSE MACIA,**
   Plaintiff,

vs.                                              3:06cv185/RV/MD

**UNITED STATES OF AMERICA,**
   Defendant.
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 19, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion for summary judgment (doc. 35) is GRANTED, and this case is dismissed for lack of jurisdiction under the detention of goods exception to the FTCA, or in the alternative defendant's motion for summary judgment is granted based on plaintiff's failure to make out a prima facie case, and judgment is entered accordingly.

At Pensacola, Florida, this 23rd day of February, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**