**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSE I. MACIA,**

    **Plaintiff,**

    **v.**                                   **CASE NO.   3:06cv185/RV/MD**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

### **ORDER**

The plaintiff, appearing in this case *pro se*, has filed a document entitled "Objections to Order and Recommendation of January 22nd, 2007" (doc. 64). Before turning to this document, I must set out the pertinent events.

This case was originally filed pursuant to the Federal Tort Claims Act, in the United States District Court for the District of Columbia, and it was transferred to this court on April 26, 2006 (doc. 20). In short, the plaintiff, an inmate in the custody of the federal Bureau of Prisons, seeks compensation for the loss of personal property allegedly caused by the negligent acts of the United States Marshal's Service. The defendant moved for summary judgment. On January 22, 2007, the magistrate judge assigned to this case entered an Order and Report and Recommendation (doc. 48) ("Report"). As is relevant here, the Report recommended that summary judgment be granted for lack of jurisdiction and/or based on the plaintiff's failure to make out a *prima facie* case. At its conclusion, the Report noted that the plaintiff had ten (10) days to file any objections thereto. On February 2, 2007, while the Report was pending in this court and before any action was taken, the plaintiff filed a document entitled "Notice of Appeal" (doc. 50). This document was at that time construed as an objection to the Report.

I then considered the Report and the objection. On February 23, 2007, I entered an Order adopting the Report and dismissing the case (doc. 51). Three days later, on February 26, 2007, the Clerk of Court entered judgment consistent with my Order and the case was dismissed for lack of jurisdiction or, in the alternative, based on the plaintiff's failure to make out a *prima facie* case (doc. 52). Also on February 26, 2007, the plaintiff's previously-filed "Notice of Appeal" was reentered on the docket (doc. 54). While this document had been treated earlier as an objection to the magistrate's Report, now that the Report had been adopted and final judgment entered, it was being construed as a notice of appeal. Because the document was the same, it was file-stamped twice: once on February 2, 2007 (when it was originally filed and treated as an objection), and once on February 26, 2007 (when it was re-filed and treated as a notice of appeal). This procedure is regularly followed by this court in order to give *pro se* petitioners the dual benefit of both the objection and the notice of appeal when it may be questionable which was intended. The notice of appeal and docket sheet were thereafter transferred to the Eleventh Circuit on April 30, 2007.

On June 6, 2007, the Eleventh Circuit dismissed the appeal *sua sponte*. Citing <u>Perez-Priego v. Alachua County Clerk of Court</u>, 148 F.3d 1272 (11th Cir. 1998), the Court held that it had no jurisdiction to entertain the appeal because the notice of appeal was filed before the Report was adopted. In other words, according to the Eleventh Circuit, the appeal was improper because "the magistrate's report and recommendation is not final and appealable." After the appeal was dismissed, the plaintiff filed the document referenced above, entitled "Objections to Order and Recommendation of January 22nd, 2007" (doc. 64)

With respect to the plaintiff's most recent filing, it is too late to be treated substantively as an objection and I have already considered an "objection" from the plaintiff. The Report has already been adopted, and the case has been dismissed

and judgment entered in favor of the defendant. Nonetheless, I have reviewed and considered doc. 64 in full. To the extent that pleading is intended to be construed as a motion for reconsideration or a belated (but somehow allowable) objection to the Report, it is hereby DENIED. The plaintiff has not raised new grounds or arguments that would allow this case to survive summary judgment.  The previous order adopting the Report and Recommendation is hereby confirmed.

DONE AND ORDERED this 17th day of July, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**